IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CASE NO. 4:25-CR-56-4 |
| v. | ) |
| | ) |
| ANTONIO CLARK, | ) |
| | ) |
| DEFENDANT. | ) |
| | ) |

**ORDER**

Before the Court the Motion for Leave of Absence filed by Mario A. Pacella, counsel for Defendant Antonio Clark. The motion was filed pursuant to Local Rule 1B(e). Upon consideration of the motion, the Court grants counsel's motion for leave of absence for the following dates:

July 30-Aug 1, 2025;

August 7-8, 2025;

August 19-27, 2025;

October 2-3, 2025;

October 16-17, 2025; and

November 6-10, 2025.

SO ORDERED, this the 12th day of June, 2025.

*/s/ Christopher L. Ray*
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia